ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

BRENDA C. WAGNER

* IN THE

* SUPREME COURT

* OF MARYLAND

* AG No. 36

* September Term, 2025

O R D E R

In its petition for disciplinary or remedial action, the Attorney Grievance Commission requests that the Court impose discipline on the respondent, Brenda C. Wagner, corresponding to the public censure imposed by the District of Columbia Court Appeals after it found that the respondent violated the District of Columbia Rules of Professional Conduct Rule 4.2(a).

Upon the filing of the petition, and pursuant to Rule 19-737(c), the Court issued an order requiring the respondent to show cause why corresponding discipline should not be imposed. Bar Counsel filed a response to the Court's order to show cause. After the deadline to respond to the order had already passed, the respondent filed a motion for an extension of time to respond to the Court's order to show cause.

Upon consideration of the petition for disciplinary or remedial action, Bar Counsel's response to the petition, and the respondent's motion for extension of time, it is this 20th day of February 2026, by the Supreme Court of Maryland,

ORDERED that respondent's motion for extension of time is denied; and it is further

ORDERED that the respondent, Brenda C. Wagner, is reprimanded.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk



/s/ Matthew J. Fader
Chief Justice